The Franklin Life Insurance Co. v. The People ex rel. Moses Atwood.

103    565
Case 1
a200s 594

WILLIAM W. CLEMENS, attorney for appellant.

L. D. HARTWELL, State's Attorney, and PILLOW & SMITH, attorneys for appellee; ED. M. SPILLER, of counsel.

MR. JUSTICE WORTHINGTON delivered the opinion of the court.

This case is on all fours with The Franklin Life Insurance Co. v. The People ex rel. James Yancey, *supra*. By agreement it was tried with the latter case, and the same propositions of law were submitted, and were refused by the court. The decision of this case is therefore controlled by the decision in that case, to which decision reference is hereby made. Judgment of the Circuit Court affirmed.